MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:     (415) 436-7200
  Facsimile:     (415) 436-7234
  randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERRANCE REEVES, and ) <br> NICHOLAS LIEGL, ) <br> ) <br> ) <br> Defendant. ) <br> ) | CR 13-00449 WHO <br><br> STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

On August 8, 2013, the parties in this case appeared before the Honorable William H. Orrick for a status conference.  At that time, the parties represented that the government had just recently produced discovery and that the defendants would need additional time to review and investigate the discovery provided by the government.  Accordingly, the parties jointly requested an extension of time and stipulated that time should be excluded from August 8, 2013 to September 12, 2013, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of

STIP. & ORDER EXCL. TIME
CR 13-00449 WHO                                                  1

1  defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv).
3     The parties also agreed that the ends of justice served by granting such a continuance
4  outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §
5  3161(h)(7)(A).

IT IS SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: September 11, 2013            /s/
                                        RANDY LUSKEY
                                        Assistant United States Attorney

DATED: September 11, 2013            /s/
                                        GEOFF HANSEN
                                        Attorney for Nichola Liegl

DATED: September 11, 2013            /s/
                                        BEN MCLAUGHLIN
                                        Attorney for Terrance Reeves

   IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from August 8, 2013 to September 12, 2013, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: September 12, 2013            /s/ W. H. Orrick
                                        THE HON. WILLIAM H. ORRICK
                                        United States District Court Judge