MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-7200
   Facsimile:    (415) 436-7234
   randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-00449 WHO |
|     Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| TERRANCE REEVES | |
|     Defendant. | |

      The government and Mr. Reeves have engaged in substantial plea discussions and are prepared to set this matter for a change of plea as to defendant Reeves.  The parties jointly request that the Court VACATE the currently-scheduled September 12, 2013 appearance as to defendant Reeves and re-set the matter for a change of plea hearing on October 10, 2013 at 1:30 p.m. before Your Honor.

STIP. & ORDER EXCL. TIME
CR 13-00449 WHO                         1

Moreover, the defense continues to investigate aspects of the case that may impact the overall terms and conditions of the plea arrangement, and , thus, the parties jointly stipulate that time should be excluded from September 12, 2013 until October 10, 2013, for effective preparation of defense counsel.  The parties represent that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

This stipulation does not intent to disturb the currently-set status hearing for defendant Liegl on September 12, 2013.

IT IS SO STIPULATED:
                                  MELINDA HAAG
                                  United States Attorney

DATED: September 11, 2013                /s/
                                  RANDY LUSKEY
                                  Assistant United States Attorney


DATED: September 11, 2013                /s/
                                  BEN MCLAUGHLIN
                                  Attorney for Terrance Reeves

1     IT IS HEREBY ORDERED that the September 12, 2013 status hearing for defendant
2 Reeves is VACATED, the matter is set for change of plea on October 10, 2013 at 1:30 p.m., and
3 time is excluded under the Speedy Trial Act from September 12, 2013 until October 10, 2013,
4 under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

7 IT IS SO ORDERED.

9 DATED: September 12, 2013            _____
10                                           THE HON. WILLIAM H. ORRICK
                                          United States District Court Judge